

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Darkhorse Water, LP,

* From the 118th District Court
of Martin County,
Trial Court No. 7711.

Vs. No. 11-22-00124-CV

* December 21, 2023

Birch Operations, Inc. and
Birch Watermania, LLC,

* Opinion by Bailey, C.J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we reverse the trial court's Order on the Parties' Cross-Motions for Summary Judgment wherein it ordered that Darkhorse Water, LP take nothing on its claims against Birch Operations, Inc. and Birch Watermania, LLC. We render judgment that Billie Pat McKaskle conveyed a fee determinable interest to Darkhorse Water, LP in the Darkhorse Agreement. This cause is remanded for further proceedings consistent with this opinion. The costs incurred by reason of this appeal are taxed against Birch Operations, Inc. and Birch Watermania, LLC.